UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CLINTON STRANGE | CIVIL ACTION NO. 23-cv-101 |
| VERSUS | JUDGE EDWARDS |
| DAISY | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that this civil action is dismissed without prejudice for failure to prosecute and for failure to comply with a court order.

THUS DONE AND SIGNED at Alexandria, Louisiana, this the 2nd day of April, 2024.

_____
JERRY EDWARDS
UNITED STATES DISTRICT JUDGE